**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

PAUL SOMERS,
    *Plaintiff-Appellee*,

v.

DIGITAL REALTY TRUST INC., a
Maryland corporation; ELLEN
JACOBS,
    *Defendants-Appellants*.

No. 15-17352

D.C. No.
3:14-cv-05180-
EMC

ORDER

On Remand from the United States Supreme Court

Filed April 11, 2018

Before:  Mary M. Schroeder, Kim McLane Wardlaw,
and John B. Owens, Circuit Judges.

**ORDER**

The judgment of the District Court is reversed and the case is remanded for proceedings consistent with the opinion of the United States Supreme Court in *Digital Realty Tr., Inc. v. Somers*, 138 S. Ct. 767 (2018).